UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARTIN CASTANEDA,

               Plaintiff,

   v.

SUSAN FISHER et al,

               Defendant.

_____/

Case Number: CV07-03726 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Martin Castaneda
E-89355
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689


Dated: July 24, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk