# EXHIBIT A

DEPT. EA R

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: MARCH 12, 1991
HONORABLE: GREGORY O'BRIEN   JUDGE
P ESTEBO   Deputy Sheriff

B BUCKLE, Deputy Clerk
L BARASCH, Reporter
(Parties and counsel checked if present)

KA 005779
PEOPLE OF THE STATE OF CALIFORNIA
VS
CASTANEDA, MARTIN

Counsel for Plaintiff: IRA REINER, DISTRICT ATTY. BY
D JACUBOWSKI, DEPUTY

Counsel for Defendant: A ROBUSTO, DEFENDER BY
DEPUTY

NATURE OF PROCEEDINGS  PROBATION AND SENTENCE

(Boxes checked if order applicable)

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having..........duly..PLEADED...........
guilty in this court of the crime of ATTEMPTED WILLFUL, DELIBERATE, PREMEDITATED MURDER, in violation of Section 664/187(a) Penal Code, a felony, as charged in Count 1 of the Superior Court Information. The enhancements pursuant to Section 12022.5 and 12022.7 were further found to be true.

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the
☐ County Jail of the County of Los Angeles for the term of.....................

☒ California Institution for....men............for the term of..LIFE with possibility of parole
   5 years for allegation 12022.5 PC and 3 years for allegation 12022.7 PC are stayed and stay to become permanent upon completion of sentence.

☒ Defendant is given credit for..........0..............days in custody.
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles
   ☒ to be by him delivered into the custody of the Director of Corrections at the California State Institution
   for..........men.............at....Chino..........

ENTERED
March 12, 1991
James Dempsey
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

rm

2   76J 805A - (REV. 10-76) 10-76
    C109

JUDGMENT

PINK ORIGINAL TO FILE         GREEN COPY TO PROBATION EXPEDITER
WHITE COPY TO MICROFILM       GOLDENROD TO COUNTY JAIL
YELLOW COPY TO STATE WIDE DISTRIBUTION

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: MARCH 12, 1991  
HONORABLE: GREGORY O'BRIEN  JUDGE     B BUCKLE, Deputy Clerk  
P ESTEBO   Deputy Sheriff    L BARASCH  Reporter  
(Parties and counsel checked if present)

DEPT. R

| KA 005779 | Counsel for Plaintiff | IRA REINER, DISTRICT ATTY. BY |
| PEOPLE OF THE STATE OF CALIFORNIA | | D JACUBOWSKI DEPUTY |
| VS | | |
| CASTANEDA, MARTIN | Counsel for Defendant | A ROBUSTO, PUBLIC DEFENDER BY DEPUTY |

NATURE OF PROCEEDINGS  PROBATION AND SENTENCE    (Boxes checked if order applicable)

PROBATION DENIED. SENTENCE AS INDICATED BELOW.  
Whereas the said defendant having................duly...PLEADED.........................  
guilty in this court of the crime of ATTEMPTED WILLFUL, DELIBERATE, PREMEDITATED MURDER, in violation of Section 664/187(a) Penal Code, a felony, as charged in Count 1 of the Superior Court Information. The enhancements pursuant to Section 12022.5 and 12022.7 were further found to be true.

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the  
☐ County Jail of the County of Los Angeles for the term of.........................................  

☒ California Institution for...men...........for the term of LIFE with possibility of parole  
5 years for allegation 12022.5 PC and 3 years for allegation 12022.7 PC to run concurrent with Count 1  

☒ Defendant is given credit for.........0.........days in custody.  
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles  
☒ to be by him delivered into the custody of the Director of Corrections at the California State Institution for...men........at...Chino.................

ENTERED  
March 12, 1991  
James Dempsey  
COUNTY CLERK  
AND CLERK OF THE  
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.  
☐ Bail exonerated.

2  76J 805A - (REV. 10-76) 10-76  
C109

JUDGMENT

PINK ORIGINAL TO FILE   GREEN COPY TO PROBATION EXPEDITER  
WHITE COPY TO MICROFILM   GOLDENROD TO COUNTY JAIL  
YELLOW COPY TO STATE WIDE DISTRIBUTION

| | |
|---|---|
| MISC. Date 11-15-91 | DEPT. EAR |
| HONORABLE: GREGORY O'BRIEN C. WALKER | JUDGE V. YOSHIOKA Deputy Sheriff NONE | Deputy Clerk Reporter |

CASE NO. KA005779-01

(Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA
VS

Counsel for People:
DEPUTY DISTRICT ATTY: NONE

CHARGE: 664/187.a 01 CTS

01 CASTANEDA, MARTIN (N/P)

Counsel for Defendant: NONE

X_____ (BOX CHECKED IF ORDER APPLICABLE)

NATURE OF PROCEEDINGS  NUNC PRO TUNC ORDER

101 ☐ ............................... REM .......................... IS SWORN AS THE ENGLISH/ 11-06-90 ............................ INTERPRETER
    ☐ PUBLIC DEFENDER APPOINTED, D.P.D.: ................................... ☐ OATH FILED PER SECTION 68560 GOVERNMENT CODE.
    ☐ — DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED. PURSUANT TO PENAL CODE SECTION 987.2/GOVERNMENT CODE SECTION 31000 ALTERNATE DEFENSE COUNSEL ........................................................ IS APPOINTED.
102 ☐ — CRIMINAL PROCEEDINGS ADJOURNED/RESUMED.
103 ☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PER SECTION 1203.03 PENAL CODE.
104 ☐ — DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION, DEFENDANT ADMITS VIOLATION OF PROBATION AND WAIVES RIGHTS TO REVOCATION HEARING.
105 ☐ DEFENDANT IS FOUND TO BE/NOT TO BE IN VIOLATION OF PROBATION.
106 ☐ — PROBATION IS REVOKED / REMAINS REVOKED. SENTENCE IMPOSED AS FOLLOWS:
    ☐ SENTENCE PREVIOUSLY IMPOSED PLACED IN FULL FORCE AND EFFECT.
    ☐ IMPRISONED IN STATE PRISON / LOS ANGELES COUNTY JAIL FOR ........................ TERM OF ........................ AS TO COUNT ........................
107 ☐ PROBATION REINSTATED / CONTINUED ON SAME TERMS AND CONDITIONS, EXCEPT FOR MODIFICATION (SEE BOX 113)
108 ☐ PROBATION IS EXTENDED TO ........................
109 ☐ — ON ................................ MOTION, FURTHER PROCEEDINGS CONTINUED TO ........................
     AT ........................ A.M. IN DEPT. ........................ ( ) NON-APPEARANCE CALENDAR
110 ☐ DEFENDANT INSTRUCTED TO RETURN ON ABOVE DATE: ........................
111 ☐ — SUPPLEMENTAL PROBATION REPORT IS ORDERED. ........................
112 ☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR ........................
113 ☒ — FURTHER ORDERS AS FOLLOWS: Copy of this minute order is mailed to the Department
    ☐ SERVE ........................ DAYS IN COUNTY JAIL of Corrections via U.S. Mail.
    It appearing to the Court, that through clerical error and inadvertence the minute order of 03-12-91 for Department EAR does not properly reflect the Court's order, said minute order is ordered corrected nunc pro tunc as of 03-12-91 as follows:
    By deleting at line 88: 5 years state prison (12022.5 PC) and 3 years state prison (12022.7 PC) to run concurrent with Count 1.
    By adding at line 88: 12022.5 P.C. and 12022.7 P.C. allegations are stayed and stay to become permanent upon completion of sentence.
114 ☐ DEFENDANT GIVEN TOTAL CREDIT FOR ........... DAYS IN CUSTODY. ( ........... DAYS ACTUAL CUSTODY AND ........... DAYS GOOD TIME/WORK TIME)
115 ☐ — SENTENCE/COUNTS TO RUN CONSECUTIVELY TO/CONCURRENTLY WITH ........................
116 ☐ COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS ........................
117 ☐ — SHERIFF IS ORDERED TO ALLOW DEFENDANT ........................ PHONE CALLS AT DEFENDANT'S EXPENSE.

118 ☐ — CRIMINAL PROCEEDINGS ADJOURNED.
119 ☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PURSUANT TO SECTION 1203.03 PENAL CODE.
120 ☐ — FURTHER PROCEEDINGS CONTINUED TO ........................ AT ........................ A.M. IN DEPT. ........................

121 ☐ — EXECUTION OF SENTENCE IS SUSPENDED. PETITION ORDERED FILED IN DEPARTMENT 95 PURSUANT TO SECTION 3051 WELFARE AND INSTITUTIONS CODE. FURTHER PROCEEDINGS CONTINUED TO ........................ AT 10:00 A.M. IN DEPARTMENT 95.
122 ☐ — COUNSEL AND DEFENDANT ARE ORDERED TO APPEAR IN DEPARTMENT 95 ON THE ABOVE DATE.
123 ☐ FURTHER PROCEEDINGS CONTINUED TO ........................ AT 9:00 A.M. IN THIS DEPARTMENT.
124 ☐ — DEFENDANT HAVING BEEN COMMITTED BY DEPARTMENT 95 PURSUANT TO SECTION 3051 WELFARE AND INSTITUTIONS CODE, N.D.A. NUMBER ........................, MATTER IS ORDERED OFF CALENDAR.

125 ☐ — PURSUANT TO SECTION 17 PENAL CODE, OFFENSE IS DEEMED TO BE A MISDEMEANOR.
126 ☐ PROBATION IS ORDERED TERMINATED PURSUANT TO SECTION 1203.3 PENAL CODE.
127 ☐ — PLEA OF GUILTY OR CONVICTION IS SET ASIDE; A PLEA OF NOT GUILTY IS ENTERED; CASE IS DISMISSED PURSUANT TO SECTION 1203.4 PENAL CODE.
128 ☐ ORDER OF ........................ GRANTING ........................ DAYS GOOD TIME/WORK TIME CREDITS IS ORDERED VACATED. DEFENDANT NOTIFIED BY U.S. MAIL.

129 ☐ — DEFENDANT'S EX PARTE REQUEST / MOTION FOR ........................
     IS DENIED/GRANTED. DEFENDANT NOTIFIED BY U.S. MAIL.

130 ☐ — DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
131 ☐ BAIL, IF POSTED, FORFEITED/O.R. REVOKED, BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL ........................
    NO BAIL / BAIL FIXED AT $ ........................
132 ☐ PERSON IN CUSTODY NOT BEING THE DEFENDANT, ORDERED RELEASED ON THIS CASE ONLY. BENCH WARRANT ORDERED REACTIVATED.
133 ☐ — BENCH WARRANT RECALLED/QUASHED (      ) RECALL # ........................ ISSUED. (      ) WARRANT / ABSTRACT FILED.
134 ☐ UPON PAYMENT OF $ ........................ COSTS BEFORE ........................ /$ ........................ COSTS HAVING BEEN PAID TIMELY (RECEIPT # ........................). ORDER OF ........................ FORFEITING BAIL IS / IS TO BE VACATED AND BAIL REINSTATED AND EXONERATED. ☐ CERTIFICATE OF MAILING EXECUTED AND FILED/ NOTICE WAIVED.
135 ☐ — DEFENDANT'S MOTION FOR RELEASE ON O.R./REDUCTION OF BAIL IS GRANTED/DENIED. REASON ........................
136 ☐ BAIL RESET AT $ ........................

☒ REMANDED  ☐ BAIL         ☐ BAIL EXON.        ☐ BOND NO. ........................
☐ RELEASED  ☐ O.R.         ☐ O.R. DISCHARGED   ☐ IN CUSTODY OTHER MATTER
            ☐ BENCH WARRANT ☐ MINUTE ORDER     ☐ ON PROBATION

MINUTES ENTERED 11-19-91

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

2 TRL/MOT

| | | | | |
|---|---|---|---|---|
| Date | MAR 12, 1991 | | DEPT. EAR | |
| HONORABLE: | G O'BRIEN | JUDGE | ~~D BUTLER~~ BBuckle | Deputy Clerk |
| 251 | ~~C WALKER~~ P Estello | Deputy Sheriff | ~~F Mattett~~ L Bartsch | Reporter |

CASE NO. KA005779-01

(Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA
vs.
01 CASTANEDA, MARTIN

Counsel for People:
DEPUTY DISTRICT ATTY: D Jakubowski ✓

CHARGE: 664/187a

Counsel for Defendant: A ROBUSTO 987.2

(BOX CHECKED IF ORDER APPLICABLE)

NATURE OF PROCEEDINGS    TRIAL    REM    11-6-90

31 ☐ _____ IS SWORN AS THE ENGLISH/_____ INTERPRETER.
32 ☐ OATH FILED PER SECTION 68560 GOVERNMENT CODE.
33 ☐ DUE TO CONFLICT OF INTEREST, PUBLIC DEFENDER RELIEVED. PURSUANT TO SECTION 987.2 PENAL CODE/31000 GOVERNMENT CODE ALTERNATE DEFENSE COUNSEL _____ IS APPOINTED.
34 ☐ ON PEOPLE'S MOTION, AMENDMENT TO/AMENDED INFORMATION FILED/DEEMED FILED/INFORMATION AMENDED BY INTERLINEATION/AS FOLLOWS _____
35 ☐ ON _____ MOTION, CASE A _____ CONSOLIDATED INTO CASE A _____ AS COUNT(S) _____ THEREOF. SEE CASE A _____ FOR FURTHER PROCEEDINGS.
36 ☐ MOTION PURSUANT TO SECTION 995 PENAL CODE GRANTED/DENIED/WITHDRAWN/CONTINUED TO _____
37 ☐ MOTION PURSUANT TO SECTION 1538.5 PENAL CODE CALLED FOR HEARING ☐ MOTION SUBMITTED PER STIPULATION 41 BELOW.
38 ☐ DEFENDANT ADVISED OF CONSTITUTIONAL RIGHTS AND EFFECT OF PRIOR CONVICTIONS: WAIVES RIGHTS; ADMITS PRIOR(S) NO _____
39 ☒ CAUSE IS CALLED FOR TRIAL.    ☐ CAUSE SUBMITTED PER STIPULATION 41 BELOW.
40 ☒ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TRIAL BY JURY _____ COURT ACCEPTS WAIVER(S).
41 ☐ By stipulation of defendant and all counsel issue is submitted on the testimony contained in the transcript of the proceedings had at the preliminary hearing, subject to this court's rulings, with each side reserving the right to offer additional evidence and all stipulations entered into at the preliminary hearing be deemed entered into in these proceedings. It is further stipulated that all exhibits received or marked for identification at the preliminary hearing are received in evidence and marked for identification in these proceedings, bearing the same number as used in the preliminary hearing, subject to this court's rulings. People's exhibit _____ (Preliminary Transcript) admitted into evidence by reference.
42 ☒ Defendant advised and personally waives his right to confrontation of witnesses for the purpose of further cross-examination, and waives privilege against self-incrimination. Defendant advised of possible effects of plea on any alien/citizenship/probation/parole status.
43 ☒ THE COURT STATES IT HAS READ AND CONSIDERED THE ~~TRANSCRIPT OF THE PRELIMINARY HEARING~~ pre plea probation report
44 ☒ written plea filed _____

45 ☐ ALL SIDES REST. COUNSEL WAIVE ARGUMENT/ARGUE AND CAUSE IS SUBMITTED.
46 ☐ MOTION PURSUANT TO SECTION 1538.5 PENAL CODE GRANTED/DENIED/WITHDRAWN/CONTINUED TO _____
47 ☐ COURT FINDS DEFENDANT NOT GUILTY _____
48 ☐ COURT FINDS DEFENDANT GUILTY AS CHARGED TO SECTION(S) _____ IN COUNTS(S) _____ ☐ LESSER INCLUDED/RELATED OFFENSE.
49 ☐ PRE-TRIAL CONFERENCE/TRIAL SETTING HELD/OFF CALENDAR/CONTINUED TO _____
50 ☐   ☐ THE DEFENDANT   ☐ THE PEOPLE   ANNOUNCE(S) READY FOR TRIAL.
51 ☐ ON PEOPLE'S/DEFENDANT'S/COURT'S MOTION, TRIAL/MOTION(S) IS SET/CONTINUED TO/REMAINS/TRAILED TO _____ AT _____ A.M. IN DEPT _____ REASON: _____
52 ☐ FURTHER CONTINUANCES WILL NOT BE GRANTED.
53 ☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR TRIAL.    PLUS _____ DAYS
54 ☐ CAUSE TRANSFERRED TO DEPT _____ ☐ FORTHWITH   ☐ ON _____ AT _____ A.M. FOR _____
55 ☐ DEFENDANT/WITNESS(ES) ORDERED TO RETURN ON ABOVE DATE: _____
56 ☒ DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT(S) 1 _____ REARRAIGNED.
57 ☒ PLEADS GUILTY/~~NOLO CONTENDERE~~, WITH CONSENT OF DISTRICT ATTORNEY AND APPROVAL OF COURT TO VIOLATION OF SECTIONS(S) 664/187a PC & admits 12022.5 & 12022.7 PC allegation (1 deg.) IN COUNT(S) 1 _____ ☐ LESSER INCLUDED/RELATED OFFENSE.
58 ☐ DEFENDANT REFERRED TO PROBATION DEPARTMENT.    ☒ DEFENDANT WAIVES TIME FOR SENTENCE. PROBATION AND SENTENCE HEARING SET _____ AT _____ A.M. IN DEPARTMENT _____ INCLUDING ☐ DISPOSITION OF COUNT(S) _____ REMAINING ☐ DETERMINATION OF PRIORS ALLEGED/DEGREE/ARMED/USE/GREAT BODILY INJURY ALLEGATION(S)
59 ☒ DEFENDANT WAIVES PROBATION REFERRAL. REQUESTS IMMEDIATE SENTENCE. (~~SEE SENTENCE BELOW~~/SEE ATTACHED SHEET.)
60 ☐ FURTHER ORDER AS FOLLOWS: _____

61 ☐ THE SHERIFF IS ORDERED TO ALLOW THE DEFENDANT _____ TELEPHONE CALLS AT DEFENDANT'S OWN EXPENSE.
62 ☐ DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
63 ☐ BAIL, IF POSTED, FORFEITED/O.R. REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL _____
64   ☐ NO BAIL   ☐ BAIL FIXED AT $ _____ ( )WARRANT FILED
65 ☐ DEFENDANT APPEARING. BENCH WARRANT ORDERED RECALLED/QUASHED( )RECALL NO _____ WRITTEN ( )ABSTRACT FILED
66 ☐ UPON PAYMENT OF $ _____ COSTS BEFORE _____ AND FILING OF REASSUMPTION, ORDER OF _____ FORFEITING BAIL IS TO BE VACATED AND BAIL REINSTATED.
67 ☐ REASSUMPTION FILED/COSTS PAID (RECEIPT NO. _____ )ORDER OF _____ FORFEITING BAIL VACATED. BAIL REINSTATED.
68 ☐ DEFENDANT'S MOTION FOR RELEASE ON O.R./REDUCTION OF BAIL IS GRANTED/DENIED/SET/CONTINUED TO/ _____ REASON: _____
69 ☐ BAIL RESET AT $ _____

☒ REMANDED   ☐ BAIL   ☐ BAIL EXONERATED   ☐ BOND NO. _____
☐ RELEASED   ☐ O.R.   ☐ O.R. DISCHARGED   ☐ IN CUSTODY OTHER MATTER
             pg 1 of 2 pgs   MINUTE ORDER   ☐ BENCH WARRANT

MINUTES ENTERED: 3-12-91   COUNTY CLERK

2 TRL MOT

76 C779-C144 (Rev. 3-87)

| 3 P&S | SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | | DEPT. EA R | |
|---|---|---|---|---|
| Date | March 12, 1991 | | | |
| HONORABLE: GREGORY C. O'BRIEN | JUDGE | B. BUCKLE | Deputy Clerk |
| 251 P ESTEBO | Deputy Sheriff | L BARASCH | Reporter |

(Parties and counsel checked if present)

| CASE NO. | KA 005779   01 | Counsel for People: | |
|---|---|---|---|
| | PEOPLE OF THE STATE OF CALIFORNIA | DEPUTY DISTRICT ATTY: | D JACUBOWSKI ✓ |
| | VS ✓ | | |
| | 01 CASTANEDA, MARTIN | Counsel for Defendant: | A ROBUSTO, 987.2 |
| CHARGE | 664/187a 01ct | | |

(BOX CHECKED IF ORDER APPLICABLE) X

NATURE OF PROCEEDINGS    P & S    11-6-90    REM

71 ☐ ___ IS SWORN AS THE ENGLISH/ ___ INTERPRETER
   ☐ PUBLIC DEFENDER APPOINTED, D.P.D. ___ ☐ OATH FILED PER SECTION 68560 GOVERNMENT CODE.
   ☐ ___ DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED. PURSUANT TO PENAL CODE SECTION 987.2/GOVERNMENT CODE SECTION 31000 ALTERNATE DEFENSE COUNSEL ___ IS APPOINTED.
72 ☐ ___ CRIMINAL PROCEEDINGS ADJOURNED/RESUMED.
73 ☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PER SECTION 1203.03 PENAL CODE.
74 ☐ ___ ON ___ MOTION, PROBATION AND SENTENCE HEARING/FURTHER PROCEEDINGS CONTINUED TO ___
   AT ___ A.M. IN DEPT. ___ ☐ SUPPLEMENTAL PROBATION REPORT/PROGRESS REPORT ORDERED
75 ☐ ___ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR SENTENCING.   ☐ DEFENDANT ORDERED TO RETURN.
76 ☒ ___ PROBATION DENIED / ~~PROCEEDINGS SUSPENDED~~ / SENTENCE IMPOSED AS FOLLOWS: *Life w/possibility of parole*
   ☒ IMPRISONED IN STATE PRISON FOR   ☒ TERM PRESCRIBED BY LAW (*life*)   TOTAL OF ___ YEARS ___ MONTHS
   ☐ COURT SELECTS THE ___ TERM OF ___ YEARS FOR THE BASE TERM AS TO COUNT *1*
   ☐ PLUS ___ YEAR(S) PURSUANT TO PENAL CODE SECTION ___
   ☐ PLUS ___ AS INDICATED IN BOX 88 BELOW
   ☐ COMMITTED TO CALIFORNIA YOUTH AUTHORITY, THE TERM OF IMPRISONMENT TO WHICH THE DEFENDANT WOULD HAVE BEEN SENTENCED PURSUANT TO SECTION 1170 PENAL CODE IS ___ YEARS
   ☐ IMPRISONED IN LOS ANGELES COUNTY JAIL FOR TERM OF ___ DAYS
   ☐ FINED IN SUM OF $ ___ PLUS ADDITIONAL FINE OF $ ___ (11372.5 HEALTH & SAFETY CODE) FOR A TOTAL FINE OF $ ___ PLUS $ ___ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO BE PAID TO COUNTY CLERK.   ☐ PAY RESTITUTION FINE IN SUM OF $ ___ PURSUANT TO SECTION 13967(a) GOVERNMENT CODE PAYABLE TO RESTITUTION FUND
77 ☐ SENTENCE IS SUSPENDED.
78 ☐ PROBATION GRANTED FOR A PERIOD OF ___ YEARS ☐ ___ PROBATION TO BE WITHOUT FORMAL SUPERVISION.
   1 ☐ ___ SPEND FIRST ___ DAYS IN COUNTY JAIL   ☐ ROAD CAMP OR HONOR FARM RECOMMENDED.
        ☐ WORK FURLOUGH PROGRAM RECOMMENDED.   ☐ NOT TO BE ELIGIBLE FOR COUNTY PAROLE
   2 ☐ FINED IN SUM OF $ ___ PLUS ADDITIONAL FINE OF $ ___ (11372.5 HEALTH & SAFETY CODE) FOR A TOTAL FINE OF $ ___ PLUS $ ___ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO BE PAID TO PROBATION OFFICER IN SUCH MANNER AS HE SHALL PRESCRIBE.
   3 ☐ MAKE RESTITUTION OF $ ___ TO THE VICTIM/RESTITUTION FUND PURSUANT TO SECTION 1203.04 PENAL CODE IN SUCH MANNER AS THE PROBATION OFFICER SHALL PRESCRIBE.   ☐ TOTAL AMOUNT OF RESTITUTION TO INCLUDE ___ % SERVICE CHARGE AS AUTHORIZED BY SECTION 1203.1 P.C
        ☐ PAY RESTITUTION FINE IN SUM OF $ ___ PURSUANT TO SECTION 13967(a) GOVERNMENT CODE PAYBLE TO PROBATION DEPARTMENT IN SUCH MANNER AS THEY PRESCRIBE.   ☐ SAID FINE TO BE STAYED WHILE DEFENDANT PAYS RESTITUTION AND IF RESTITUTION IS PAID IN FULL, STAY SHALL BE PERMANENT.
   4 ☐ ___ MINIMUM PAYMENT OF FINE/RESTITUTION TO BE $ ___
   5 ☐ ___ NOT DRINK ANY ALCOHOLIC BEVERAGE AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEM OF SALE.
   6 ☐ NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID PRESCRIPTION, AND STAY AWAY FROM PLACES WHERE USERS CONGREGATE.
   7 ☐ ___ NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG USERS OR SELLERS.
   8 ☐ SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS AS DIRECTED BY THE PROBATION OFFICER. SUCH TESTING TO BE SUSPENDED WHILE THE DEFENDANT IS IN CUSTODY, IS HOSPITALIZED, OR IS IN A RESIDENTIAL DRUG TREATMENT PROGRAM APPROVED BY PROBATION OFFICER.
   9 ☐ ___ HAVE NO BLANK CHECKS IN POSSESSION. NOT WRITE ANY PORTION OF ANY CHECKS. NOT HAVE BANK ACCOUNT UPON WHICH YOU MAY DRAW CHECKS.
   10 ☐ NOT GAMBLE OR ENGAGE IN BOOKMAKING ACTIVITIES OR HAVE PARAPHERNALIA THEREOF IN POSSESSION, AND NOT BE PRESENT IN PLACES WHERE GAMBLING OR BOOKMAKING IS CONDUCTED.
   11 ☐ ___ NOT ASSOCIATE WITH ___
   12 ☐ ___ COOPERATE WITH PROBATION OFFICER IN A PLAN FOR ___
   13 ☐ ___ SUPPORT DEPENDENTS AS DIRECTED BY PROBATION OFFICER.
   14 ☐ ___ SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED BY PROBATION OFFICER.
   15 ☐ ___ MAINTAIN RESIDENCE AS APPROVED BY PROBATION OFFICER.
   16 ☐ ___ SURRENDER DRIVER'S LICENSE TO CLERK OF COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
   17 ☐ ___ NOT DRIVE A MOTOR VEHICLE UNLESS LAWFULLY LICENSED AND INSURED.
   18 ☐ ___ NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS.
   19 ☐ ___ SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER, WITH OR WITHOUT A WARRANT.
   20 ☐ OBEY ALL LAWS, ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND OF THE COURT.
79 ☐ DEFENDANT GIVEN TOTAL CREDIT FOR *0* DAYS IN CUSTODY. ( *0* DAYS ACTUAL CUSTODY AND *0* DAYS GOOD TIME/WORK TIME)
80 ☐ ___ SENTENCE/COUNTS TO RUN CONSECUTIVELY TO/CONCURRENTLY WITH ___
81 ☐ STAY OF EXECUTION OF ___ GRANTED TO ___
82 ☐ ___ ON MOTION OF PEOPLE, COUNTS ___ DISMISSED IN FURTHERANCE OF JUSTICE.
83 ☐ COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
84 ☐ ___ "NOTICE RE CERTIFICATE OF REHABILITATION AND PARDON" GIVEN TO DEFENDANT.
85 ☐ DEFENDANT TO PAY COSTS OF PROBATION SERVICES IN AMOUNT OF $ ___
86 ☐ ___ COURT FINDS THAT DEFENDANT DOES NOT HAVE THE PRESENT ABILITY TO PAY COSTS OF INCARCERATION/LEGAL SERVICES RENDERED/PROBATION SERVICES RENDERED.
87 ☐ DEFENDANT IS REFERRED TO TREASURER/TAX COLLECTOR FOR FINANCIAL EVALUATION.
88 ☒ ___ FURTHER ORDER AS FOLLOWS/~~ADDITIONAL CONDITIONS OF PROBATION~~: *5 years State Prison (12022.5 PC)*
*& 5 years State Prison (12022.7 PC) to run concurrent with*
*count. Defendant waives all pre-sentence custody credits.*

89 ☐ ___ SHERIFF IS ORDERED TO ALLOW DEFENDANT ___ PHONE CALLS AT DEFENDANT'S OWN EXPENSE
90 ☐ DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
91 ☐ BAIL, IF POSTED, FORFEITED/O.R. REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL ___
   ☐ NO BAIL/BAIL FIXED AT $ ___
92 ☐ DEFENDANT APPEARING BENCH WARRANT ORDERED RECALLED/QUASHED ☐ RECALL NO. ___ WRITTEN ☐ ABSTRACT FILED

| ☒ REMANDED | ☐ BAIL | ☐ BAIL EXON. | ☐ BOND NO. ___ | R | MINUTES ENTERED 3-12-91 COUNTY CLERK | 3 P & S |
|---|---|---|---|---|---|---|
| ☐ RELEASED | ☐ O.R. | ☐ O.R. DISCHARGED | ☐ ON PROBATION | | | |
| | ☐ BENCH WARRANT | | ☐ IN CUSTODY OTHER MATTER | | | |

MINUTE ORDER