# EXHIBIT E

# DISCIPLINARY REPORT

## CDC 115'S

| Date | Location | Offense |
|---|---|---|
| 02-28-2000 | CTF-N | REFUSING TO WORK DURING A LOCK-DOWN |

## CDC 128-A'S

| Date | Location | Offense |
|---|---|---|
| 12-28-1992 | PBSP | PERFORMANCE |
| 04-07-1995 | LAC | FAILED TO RESPOND TO DUCATS |
| 10-18-1995 | LAC | CONTRABAND/THEFT |

CASTANEDA, MARTIN     E-89355     CTF-SOLEDAD